# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kenneth Tabish,                      Civil No. 07-2303 (RHK/JSM)

        Plaintiff,

**ORDER**

vs.

Target Corporation, a Minnesota corporation,
Huffy Corporation, an Ohio corporation, Impact
Resource Group, Inc., an Ohio corporation, National
Product Services Acquisition Corporation, a
Delaware corporation, John Does I-X,

        Defendants.

---

On or before June 1, 2007, Defendants shall serve and file their responses, if any, to Plaintiff's Memorandum on Motion for Remand to State Court; Plaintiff shall serve and file a Reply thereto on or before June 7, 2007. The Motion will be deemed submitted without oral argument as of the filing of Plaintiff's Reply Brief, and the July 30th hearing is **CANCELED**.

Dated: May 25, 2007

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge